Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SHAH, ZAHIR   55746-039 )
FCI-MORGANTOWN )
P.O. BOX 1000 )
MORGANTOWN, WV   26507 , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
          Petitioner, )
vs. )
)
Melissa J. BAYLESS, Warden , )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
          Respondent. )
)

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:23 cv-73
(to be assigned by Clerk)
Bailey, Mazzone, Rubenstein

FILED

MAR - 2 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1.   This petition concerns (check the appropriate box):

   ☐   a conviction
   ☐   a sentence
   ☐   jail or prison conditions
   ☐   prison disciplinary proceedings
   ☐   a parole problem
   ☒   other, state briefly:  Calculation & Application of FSA ()

---

**Attachment A**

_____
_____
_____

2. Are you represented by counsel?   ☐ Yes   ☒ No

   If you answered yes, list your counsel's name and address: _____
   _____

3. List the name and location of the court which imposed your sentence:
   United States District Court
   Eastern District of Michigan - Southern Division
   Detroit - Michigan

4. List the case number, if known:  ~~88~~   2:17CR20467 (1)

5. List the nature of the offense for which the sentence was imposed:
   Conspiracy to commit health care fraud & Wire Fraud     CT1
   conspiracy to pay and recieve kickback     CT1

6. List the date each sentence was imposed and the terms of the sentence:
   ~~7/31/2017~~   4/22/2019
                84 Months

7. What was your plea to each count? (Check one)

   ☒   Guilty
   ☐   Not Guilty
   ☐   Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☐ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☐ Yes   ☒ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: N/A
B. Result: _____
C. Date of Result: _____
D. Grounds raised (List each one): _____
_____
_____
_____
_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

· 11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☒ Yes   ☐ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
1. Name of Court: Same Court Imposed the Sentencing

**Attachment A**

    2.    Nature of Proceeding: __Compassionate Release__
    3.    Grounds Raised: __Medical Reasons__
    4.    Did you receive an evidentiary hearing ?  ☐ Yes  ☒ No
    5.    Result: __Denied__
    6.    Date of Result: _____

B.    Second post-conviction proceeding:
    1.    Name of Court: _____
    2.    Nature of Proceeding: _____
    3.    Grounds Raised: _____
    4.    Did you receive an evidentiary hearing ? ☐ Yes  ☐ No
    5.    Result: _____
    6.    Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1.    First proceeding:  ☒ Yes  ☐ No  Result: __Denied__
    2.    Second proceeding: ☐ Yes  ☐ No  Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12.    For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A.    U.S. Parole Commission unlawfully revoked my parole.
B.    Federal Bureau of Prisons unlawfully computed my sentence.

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
BOP Failed to Apply the CorrectTime Credit Factor for period 9/3/2019 to 2/19/2022

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
I was at all time relevant a "Minimum" Risk of Recidivating
I was always succefully participating in EBRR and Productive Activities
I was always Eligible to Earn & Apply 15 FSA Time Credits / 30-Day.Period

B. Ground two:

**Attachment A**

BOP failed to Calculate & Apply the Correct amount of FTCs days toward early release (RRC/HC) For every 30 Days period of programming I was awarded ONLY 10 FTCs, I SHALL recieved the correct amount of 15 FTCs for every 30 day period for the time (1/15/2020 TO 9/16/2021.

### Supporting facts:

at all time relevant I was Eligible, and Participating in EBRR and activites only when it was made available by BOP. I shouldn't be shortened by FTCs due to BOP Failure to implement FSA-2018 timely.

C. ### Ground three:

My correct Amount of FTCs for the time period 1/15/2020 TO 9/16/2021 should be 632 FTCs and Now I was Shottened 150 FTCs.
BOP failed to apply Correct FTCs toward Early Release
BOP failed to Transfer me to RRC/HC timely.
BOP failed to Adjust my Projected release date according to 5410.10

### Supporting facts:

Program Statement 5410.10 by BOP, details BOP duty to apply FTCs earned and projected toward Early Release to Pre-Release Custody or Supervised Release.
My Projected Release Date via GCT : 8/19/2025
My Projected Release Date via GCT + FSA : 8/19/2024 () Using 365 FTCs

D. ### Ground four:

I should have and earn total of 632 FTCs, 365 FTCs used toward early release, and the balance of 247 FTCs, to apply toward RRC/HC
Home Detention Eligibility Date is 2/20/2023 Via (365 FTC) and with 247 available FTCs will move to 6/10/2022, I have been incarcerated unconstitutionally since 6/10/2022.

Attachment A

Supporting facts:
Between 9/3/2019 and 8/19/2024 I Shall Earn 632 FTCs Days
My Projected Release Date vis FSA must be 8/19/2024, with HC 2/20/23
A  Additional 247 FTCs Shall be applied to HC, New HC Date is 6/10/2022
OO  Order BOP to Release me Immediately to HC, as I'm 8 Months pass that date.

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
NA

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☒ Yes      ☐ No

      1. If your answer to "A" above was yes, what was the result:
         See #15

**Attachment A**

2. If your answer to "A" above was no, explain:
   BP-9 Filed 12/5/2022 & Denied 12/7/2022
   Bp-10 Filed 12/18/2022 - ( 30 Days No Response = Denial)
   BP-11 Filed 2/6/2023 , Awaiting Denial  - Last Step

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes    ☐ No

1. If your answer to "B" above was yes, what was the result:
   BP-9 Filed 12/5/2022           Denied   12/7/2022
   BP-10 Filed 12/18/2022 -  50 Days Lapsed = Denied
   BP-11 Filed 2/6/2023 , Awaiting Denial

2. If your answer to "B" above was no, explain:

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

    1. Make **no** legal arguments.
    2. Cite **no** cases or statutes.
    Order the BOP to Calculate the Correct Number of FTCs I'm entitled to from 9/13/2019 TO 8/19/2024/
    Order BOP to Apply my correct FTCs Amount to Early Release and to transfer me to Home Detention Immediately without delay.
    Order BOP to Apply any extra FTCs I'm owed toward Pre-Release and Supervised Release.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

N/A

Signed this <u>10th</u> day of <u>FebruARY</u>, @ <u>2023</u>.
           (day)               (month)         (year)

_____
Your Signature

<u>N/A</u>
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: <u>2/10/2023</u>

_____
Your Signature

*United States District Court*         14        *Northern District of West Virginia-2011*

**NORTHERN DISTRICT OF WEST VIRGINIA**
**CLERK, UNITED STATES DISTRICT COURT**
**P.O. BOX 471**
**WHEELING, WEST VIRGINIA 26003-0060**