IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**ZAHIR SHAH,**

        Petitioner,

v.                                           Civil Action No. 5:23-CV-73
                                                  Judge Bailey

**MELISSA J. BAYLESS,** Warden,

        Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On March 3, 2023, the *pro se* petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On June 28, 2023, respondent filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [Doc. 12]. The Court then issued a **Roseboro** notice, informing petitioner of his right to respond. On July 5, 2023, an earlier filing sent to petitioner was returned marked as undeliverable. As of that date, the BOP website listed petitioner at a Residential Reentry Management field office in Detroit; thus, it appears petitioner has been released to either a residential reentry center or to home confinement. The Court further notes that the Motion to Dismiss indicates that the Warden signed off on a referral for petitioner to halfway placement and recommended a halfway house date of June 16, 2023.

More than ten days have elapsed since that piece of mail was postmarked for return to the Court. Pursuant to this Court's Local Rules,

> All *pro se* prisoner litigants are responsible for promptly informing the Court of any change in their addresses, monitoring the progress of their cases and prosecuting or defending their actions diligently. Notification of a prisoner's

1

change of address must be accomplished by filing a Notice with the Clerk of Court and serving that Notice upon all other parties within ten (10) days of the change of address. The envelope containing the Notice shall state on its face '**ATTN: CHANGE OF ADDRESS**' **Failure to notify the Clerk of Court of an address change will result in dismissal of the prisoner's case**.

LR PL P 6 (emphasis in original).

Petitioner has not kept the Court informed of his address. Accordingly, it is hereby **ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. Further, the Motion, [**Doc. 12**] is hereby **DENIED AS MOOT**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to retain a copy of this Order for the petitioner in the event that he provides a mailing address at some future date.

DATED: July 27, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE